**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
12 FEB 16 PM 3:02
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* KEITH ROBERTS, | ) ) ) |
| Plaintiff, | ) ) |
| | ) Civil Action No. 8:11cv48 |
| v. | ) ) |
| VALLEY BANK AND TRUST COMPANY, WESTERN STATES BANK, FIRST EXPRESS OF NEBRASKA, INC., JOHN P. STINNER, SR., and JOHN DOES # 1-100, | ) ) ) ) ) |
| | ) **FILED UNDER SEAL** |
| Defendants. | ) ) |

## ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the defendants by the relator;

2. all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The

1 copy to USA

United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

    5. the parties shall serve all notices of appeal upon the United States;

    6. all orders of this Court shall be sent to the United States; and that

    7. should the relator or any of the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

    IT IS SO ORDERED,

This 16th day of February, 2012.

_____
THOMAS D. THALKEN
UNITED STATES MAGISTRATE JUDGE