IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. KEITH ROBERTS,<br><br>           Plaintiff,<br><br>  vs.<br><br>VALLEY BANK AND TRUST COMPANY, WESTERN STATES BANK, FIRST EXPRESS OF NEBRASKA, INC., JOHN P. STINNER, SR., and JOHN DOES # 1-100,<br><br>           Defendants. | 8:11CV48<br><br>ORDER |

Upon consideration of the United States' Consent to Dismissal Without Prejudice (Filing No. 22), filed pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1);

**IT IS ORDERED**:

Counts I, II, and III of the Complaint are dismissed with prejudice as to the relator and without prejudice as to the United States.

DATED this 30th day of August, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge