IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex *rel.* KEITH ROBERTS,<br><br>    Plaintiff<br><br> v.<br><br>VALLEY BANK AND TRUST COMPANY,<br><br>    Defendant. | Civil Action No. 8:11CV48 |

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation of Dismissal (ECF No. 86). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal (ECF No. 86) is approved;

2. The claims asserted in the First Amended Complaint, which is the operative complaint, are dismissed with prejudice; and

3. The parties will pay their own costs and attorney fees, complete record waived.

DATED this 6th day of January, 2014.

            BY THE COURT:

            s/ Joseph F. Bataillon
            U.S. District Court Judge

135815.00601/36327960v.3